# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2014

148579

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

COMMAND OFFICERS ASSOCIATION
OF STERLING HEIGHTS,
      Plaintiff-Appellant,

v

CITY OF STERLING HEIGHTS,
      Defendant-Appellee.

SC: 148579
COA: 310977
Macomb CC: 2011-005041-CL

_____/

      On order of the Court, the application for leave to appeal the December 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014



Clerk

t0604